```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63476
   RENALDO N CRAIGHEAD
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6691


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/16/05 and confirmed on 03/23/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16457.07 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
CITIZENS BANK             SECURED VEHIC    7000.00        387.84       7000.00
AMERICASH LOANS           UNSECURED         559.43          .00         559.43
CAPITAL ONE BANK          UNSECURED        1068.47          .00        1068.47
PREMIER BANKCARD/CHARTER  UNSECURED         338.33          .00         338.33
ECAST SETTLEMENT CORPORA  UNSECURED        1805.61          .00        1805.61
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED        .00            .00
PAYDAY LOAN CO            UNSECURED        NOT FILED        .00            .00
PAYDAY LOAN CO            UNSECURED        NOT FILED        .00            .00
ECMC                      UNSECURED        1256.20          .00        1256.20
THE CASH STORE            UNSECURED        NOT FILED        .00            .00
USA PAYDAY LOANS          UNSECURED        NOT FILED        .00            .00
CITIZENS BANK             UNSECURED         321.19          .00         321.19
       Summary of disbursements:
------------------------------------------------------------------------
                SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7000.00      .00      5349.23          .00        12349.23
PRINCIPAL PAID       7000.00      .00      5349.23          .00        12349.23
INTEREST PAID         387.84      .00         .00           .00          387.84
TOTAL PAID           7387.84      .00      5349.23          .00        12737.07
The Debtor's attorney, RONALD D CUMMINGS            , was allowed $   3000.00
and was paid $    3000.00 .

The Trustee received $     720.00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```